This is to advise that on August 5, 2010

Judge Judith M. Barzilay

Issued CONFIDENTIAL Slip Opinion 10-85

In action

Consolidated Ct. No. 09-00216

Changzhou Wujin Fine Chemical
Factory Co., Ltd. And Jiangsu
Jianghai Chemical Group, Ltd.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Compass Chemical International, LLC,
(Defendant-Intervenor.)